

continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Petitioners' claim that their constitutional rights were violated by being placed in removal proceedings rather than deportation proceedings lacks merit. *See Vasquez–Zavala v. Ashcroft*, 324 F.3d 1105, 1108 (9th Cir.2003). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

Artemio ARAUJO–GARCIA; et al., Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–75531.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 7, 2006.*

Decided Aug. 11, 2006.

Artemio Araujo–Garcia, Riverside, CA, pro se.

Marilu Araujo, Riverside, CA, pro se.

Tania Jasmine Araujo, Riverside, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.